**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello**

Criminal Case No. 02-cr-00005-CMA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

DERRIC CAROLINA,

    Defendant.

---

**ORDER TO SET HEARING ON REVOCATION OF SUPERVISED RELEASE**

---

Pursuant to the Petition on Supervised Release (Doc. # 55), filed March 5, 2009, a hearing to consider revocation of supervised release for Defendant Derric Carolina is set for **Thursday, April 23, 2009 at 1:30 p.m.** in Courtroom A602 of the Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, Colorado. Defendant must be present at this hearing.

    DATED: April __6__, 2009

                                                 BY THE COURT:

                                                 _____
                                                 CHRISTINE M. ARGUELLO
                                                 United States District Judge